UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER                            21MC102(AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION

MARIA I. DUQUE, (AND HUSBAND, ARCESIO              07CV6292(AKH)
CUELLAR),
                                                    **NOTICE OF APPEARANCE**
                Plaintiff(s),

       -against-

80 LAFAYETTE ASSOCIATES LLC, et al.,

                Defendants.

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **CENTURY 21, INC** and **BLUE MILLENNIUM REALTY LLC** in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:   New York, New York
        April 22, 2008

                                  Yours etc.,

                                  HARRIS BEACH PLLC
                                  *Attorneys for Defendant*
                                  **CENTURY 21, INC., BLUE**
                                  **MILLENNIUM REALTY LLC**

                                  _____/s/_____
                                  Stanley Goos, Esq. (SG-7062)
                                  100 Wall Street
                                  New York, NY 10005
                                  212 687-0100
                                  212 687-0659 (Fax)

**CERTIFICATION AS TO SERVICE**

The undersigned certifies that on April 22, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

1. Century 21, Inc. and Blue Millennium's Notice of Appearance

Dated: April 22, 2008

/s/
Stanley Goos, Esq. (SG 7062)