Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

*Attorneys for Defendant*
*LEFRAK ORGANIZATION, INC.*

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| UNITED STATED DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK | |
| MARIA I. DUQUE (AND HUSBAND, ARCESIO CUELLAR) | Case No.: 07-CV-6292 |
| Plaintiff, | |
| -against- | NOTICE OF APPEARANCE |
| 80 LAFAYETTE ASSOCIATES, LLC, B.R. FRIES & ASSOCIATES, INC., BATTERY PARK CITY AUTHORITY, BLUE MILLENNIUM REALTY LLC, CENTURY 21, INC., EMPIRE STATE PROPERTIES, INC., GRUBB & ELLIS MANAGEMENT SERVICES, HILLMAN ENVIRONMENTAL GROUP, LLC, HUDSON TOWERS HOUSING CO., INC., LEFRAK ORGANIZATION, INC., MAYORE ESTATES LLC, MAYORE ESTATES LLC AND 80 LAFAYETTE ASSOCIATION LLC AS TENANTS IN COMMON, MSDW 140 BROADWAY PROPERTY L.L.C., RECTOR OF TRINITY CHURCH, AND STONER AND COMPANY, INC., | |
| Defendants. | |

TO:   THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD

**PLEASE TAKE NOTICE**, that defendant, LEFRAK ORGANIZATION, INC. hereby appears in the above-entitled action. The undersigned have been retained as attorneys for said

defendant and demand that all papers in this action be served upon the undersigned at the office and address stated below.

Case 1:07-cv-06292-AKH  Document 18  Filed 04/26/2008  Page 2 of 5

The undersigned attorney certifies that he is admitted to practice in this Court.

Dated: New York, New York
April 25, 2008

        Yours etc.,

        **HARRIS BEACH PLLC**

        _____/s/_____

        Brian A. Bender, Esq. (BAB-0218)
        HARRIS BEACH PLLC
        *Attorney for Defendant*
        ***LEFRAK ORGANIZATION, INC.***
        100 Wall Street, 23rd Floor
        New York, New York 10005
        (212) 687-0100

## CERTIFICATE OF SERVICE

      The undersigned certifies that on April 26, 2008, I caused to be filed and served the following documents electronically via the Court's ECF system upon the parties:

1. Lefrak's Notice of Appearance

Dated: New York, New York
April 26, 2008

                                                                  /s/
                                                    Brian A. Bender

275637.1

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA I. DUQUE (AND HUSBAND, ARCESIO CUELLAR) | Case No.: 07-CV-6292 |

              Plaintiff,

      -against-

80 LAFAYETTE ASSOCIATES, LLC, et al.,

              Defendants.

## NOTICE OF APPEARANCE

**HARRIS BEACH, PLLC**
*Attorneys for Defendant*
***LEFRAK ORGANIZATION, INC.***
100 Wall Street, 23rd Floor
New York, New York 10005
(212) 687-0100