Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

*Attorneys for Defendant*
*HUDSON TOWERS HOUSING CO., INC.*

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA I. DUQUE (AND HUSBAND, ARCESIO CUELLAR) | Case No.: 07-CV-6292 |
| Plaintiff, | |
| -against- | **NOTICE OF APPEARANCE** |
| 80 LAFAYETTE ASSOCIATES, LLC, B.R. FRIES & ASSOCIATES, INC., BATTERY PARK CITY AUTHORITY, BLUE MILLENNIUM REALTY LLC, CENTURY 21, INC., EMPIRE STATE PROPERTIES, INC., GRUBB & ELLIS MANAGEMENT SERVICES, HILLMAN ENVIRONMENTAL GROUP, LLC, HUDSON TOWERS HOUSING CO., INC., LEFRAK ORGANIZATION, INC., MAYORE ESTATES LLC, MAYORE ESTATES LLC AND 80 LAFAYETTE ASSOCIATION LLC AS TENANTS IN COMMON, MSDW 140 BROADWAY PROPERTY L.L.C., RECTOR OF TRINITY CHURCH, AND STONER AND COMPANY, INC., | |
| Defendants. | |

TO:   THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD

**PLEASE TAKE NOTICE**, that defendant, HUDSON TOWERS HOUSING CO., INC. hereby appears in the above-entitled action.  The undersigned have been retained as attorneys for

said defendant and demand that all papers in this action be served upon the undersigned at the office and address stated below.

The undersigned attorney certifies that he is admitted to practice in this Court.

Dated: New York, New York
April 28, 2008

Yours etc.,

**HARRIS BEACH PLLC**

_____/s/_____
Brian A. Bender, Esq. (BAB-0218)
HARRIS BEACH PLLC
*Attorney for Defendant*
***HUDSON TOWERS HOUSING CO., INC.***
100 Wall Street, 23rd Floor
New York, New York 10005
(212) 687-0100

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 28, 2008, I caused to be filed and served the following documents electronically via the Court's ECF system upon the parties:

1. Hudson Tower Housing Co.'s Notice of Appearance

Dated: New York, New York
April 28, 2008

/s/
Brian A. Bender

276367.1

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA I. DUQUE (AND HUSBAND, ARCESIO CUELLAR) | Case No.: 07-CV-6292 |
| Plaintiff, | |
| -against- | |
| 80 LAFAYETTE ASSOCIATES, LLC, B.R. FRIES & ASSOCIATES, INC., BATTERY PARK CITY AUTHORITY, BLUE MILLENNIUM REALTY LLC, CENTURY 21, INC., EMPIRE STATE PROPERTIES, INC., GRUBB & ELLIS MANAGEMENT SERVICES, HILLMAN ENVIRONMENTAL GROUP, LLC, HUDSON TOWERS HOUSING CO., INC., LEFRAK ORGANIZATION, INC., MAYORE ESTATES LLC, MAYORE ESTATES LLC AND 80 LAFAYETTE ASSOCIATION LLC AS TENANTS IN COMMON, MSDW 140 BROADWAY PROPERTY L.L.C., RECTOR OF TRINITY CHURCH, AND STONER AND COMPANY, INC., | |
| Defendants. | |

## NOTICE OF APPEARANCE

**HARRIS BEACH, PLLC**
*Attorneys for Defendant*
***HUDSON TOWERS HOUSING CO., INC.***

100 Wall Street, 23rd Floor  
New York, New York 10005  
(212) 687-0100